**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* ____________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Presentation Media, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FDBA NC Nielson Properties LLC (EIN 47-4099172)**<br>**FDBA Tandem Exhibits**<br>**FDBA Adage Graphics**<br>**FDBA Classic Letters**<br>**FDBA Colortek Digital**<br>**FDBA ESP Exhibits** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **95-2590375** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**1916 W. 144th St**<br>**Gardena, CA 90249**<br>Number, Street, City, State & ZIP Code<br>**Los Angeles**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**409 E Euclid Ave Compton, CA 90222**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **https://www.presentationmedia.com/** |
| **6.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Presentation Media, Inc.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**9950**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check* ***all*** *that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☑ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

Debtor **Presentation Media, Inc.** Case number (*if known*)
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency
  Contact name
  Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [ ] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [x] 50-99 | [ ] 5001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than100,000 |
| [ ] 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [x] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [ ] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [x] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

Debtor **Presentation Media, Inc.**
Name

Case number (*If known*)

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/02/2025
MM / DD / YYYY

X ______________________________
Signature of authorized representative of debtor

**Nathan Nielson**, PRESIDENT
Printed name

Title **President, CEO**

**18. Signature of attorney**

X ______________________________
Signature of attorney for debtor

Date 9/2/25
MM / DD / YYYY

**Steven R. Fox**
Printed name

**The Fox Law Corporation Inc.**
Firm name

**17835 Ventura Blvd #306**
**Encino, CA 91316**
Number, Street, City, State & ZIP Code

Contact phone **818 774-3545** Email address **SRFox@foxlaw.com**

**138808 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Presentation Media, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ____________________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 2, 2025** X [signature] PRESIDENT
Signature of individual signing on behalf of debtor

**Nathan Nielson**
Printed name

**President, CEO**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Presentation Media, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express Attn: CEO, President, Officer 200 Vesey St New York, NY 10285-3106** | **garnishmentlevyunit@aexp.com 1-800-492-3344** | **Credit card - Classic Blue Cash.** | | | | **$33,750.17** |
| **American Express Attn: CEO, President, Officer 200 Vesey St New York, NY 10285-3106** | **garnishmentlevyunit@aexp.com 1-800-492-3344** | **Credit card - SimplyCash Plus.** | | | | **$27,589.43** |
| **American Express Attn: CEO, President, Officer 200 Vesey St New York, NY 10285-3106** | **garnishmentlevyunit@aexp.com 1-800-492-3344** | **Credit card - Delta SkyMiles Reserve.** | | | | **$23,203.41** |
| **American Express Attn: CEO, President, Officer 200 Vesey St New York, NY 10285-3106** | **garnishmentlevyunit@aexp.com 1-800-492-3344** | **Credit card - Plum.** | | | | **$20,907.82** |
| **BTX Global Logistics PO Box 853 Shelton, CT 06484** | **exo@btxglobal.com 877-384-5559** | **Shipping and transportation vendor** | | | | **$31,606.81** |
| **California Dept of Tax & Fee Admin Account Info Group MIC29 PO Box 942879 Sacramento, CA 94279-0029** | | **Sales taxes.** | | | | **$60,504.13** |

Debtor **Presentation Media, Inc.** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Epic Distribution<br>725 E. Debra Lane<br>Anaheim, CA 92805 | accounting@epic-dist.com<br>714-533-8400 | Supplier of large format printing material | | | | $9,189.30 |
| Global Imaging<br>2011 Cherry Street<br>Ste 116<br>Louisville, CO 80027 | accounting@globalimaginginc.com<br>303-673-9773 | Supplier of sign supplies and aluminum frames for tradeshow booths | | | | $8,822.46 |
| Imagine Displays<br>12020 Rivera Rd<br>Santa Fe Springs, CA 90670 | louie@jantexinks.com<br>562-945-4657 | Supplier of aluminum frames for tradeshow booths | | | | $18,717.07 |
| Magic Studios LLC dba Magic Books<br>6600 Westown Parkway Suite 255 West<br>Des Moines, IA 50266 | support@magicbooks.xyz<br>515-309-1261 | Bookkeeper and some marketing support | | | | $21,873.75 |
| Media One USA<br>11752 Markon Drive<br>Garden Grove, CA 92841 | jamiet@mediaoneusa.com<br>888-445-4099 | Supplier of Inks and fabrics that we print on | | | | $9,087.82 |
| Momentum Management<br>12390-B Arnold Mill Road<br>Alpharetta, GA 30004 | oconley@momentummgt.com<br>770-777-4100 | Subcontractor for setup of tradeshow booths at various convention centers | | | | $123,780.10 |
| Montroy Supply Co<br>PO Box 93000<br>Long Beach, CA 90809 | ray.french@bemislawoffices.com<br>(562) 997-2921 | Supplier of large format printing material and sign supplies | | | | $23,107.43 |
| N.Glantz & Son, LLC<br>PO Box 639481<br>Cincinnati, OH 45263-9481 | jmiller@bna-legal.com<br>(502) 426-4473 | Supplier | | | | $13,279.67 |
| Panasonic Avionics Corporation<br>c/o Faier Law<br>PO Box 512<br>Boys Town, NE 68010 | afaier@faierlaw.com<br>402-281-3225 | Client owed due to overpayment. | | | | $75,000.00 |
| PIBT<br>5800 S Eastern Ave<br>Ste 400<br>Los Angeles, CA 90040 | pibt@pibt.org<br>323-728-9500 | Medical Insurance | | | | $9,736.57 |

Debtor **Presentation Media, Inc.** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Read and Company PO Box 15264 Los Angeles, CA 90015** | **mhernandez@readinkjet.com 800-564-7323** | **Supplier** | | | | **$15,952.20** |
| **Southern California Edison 2244 Walnut Grove Ave Rosemead, CA 91770** | | **Utility service provider** | | | | **$10,164.86** |
| **The Bonas Family Trust 18742 Ambrose Lane Huntington Beach, CA 92648** | **maury@tandemmarine.com 714-841-7575** | **Previous landlord at our Orange County facility** | | | | **$85,000.00** |
| **Total Transportation Logistics 4325 Etiwanda Ave Jurupa Valley, CA 91752** | **nancyv@weberandassociates.org (855) 499-7009** | **Shipping and transportation company** | | | | **$9,174.67** |

# United States Bankruptcy Court
## Central District of California

In re **Presentation Media, Inc.** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cameron Wayman**<br>**1916 W. 144th St**<br>**Gardena, CA 90249** | | | **50%** |
| **Nathan Nielson**<br>**1916 W. 144th St**<br>**Gardena, CA 90249** | | | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President, CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 2, 2025** Signature [signature], PRESIDENT
**Nathan Nielson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at PALOS VERDES ESTATES, California.

Date: **September 2, 2025**

[signature], PRESIDENT
**Nathan Nielson**
Signature of Debtor 1

______________________________
Signature of Debtor 2

**Fill in this information to identify the case:**

Debtor name **Presentation Media, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................... $ **5,200,000.00**

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.................................... $ **790,852.89**

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.................................... $ **5,990,852.89**

**Part 2: Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **10,645,547.87**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

**3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................... $ **849,891.26**

**3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... **+$** **708,872.94**

4. **Total liabilities** ....................................
Lines 2 + 3a + 3b
$ **12,204,312.07**

**Fill in this information to identify the case:**

Debtor name **Presentation Media, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Unify Federal Credit Union** | **Checking** | **2559** | **$1,796.07** |
| 3.2. | **US Metro Bank. Value as of 8/28/2025. MCA account. Negative balance -$20979.** | **Checking** | **0435** | **$0.00** |
| 3.3. | **Washington Federal Bank. Value as of 8/28/2025.** | **Checking** | **6789** | **$50,478.28** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$52,274.35**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Debtor **Presentation Media, Inc.** Case number *(If known)*
Name

7.1. **Security deposit for leased warehouse** **$13,233.80**

7.2. **Utility deposit. Southern California Edison.** **$3,845.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** **$17,078.80**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **238,799.36** (face amount) - **8,309.58** (doubtful or uncollectible accounts) = .... **$230,489.78**

12. **Total of Part 3.** **$230,489.78**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**See Attachment 1.** | **August, 2025** | **Unknown** | **Mgmt Opinion** | **$28,042.75** |
| 20. | **Work in progress**<br>**See Attachment 2.** | **August, 2025** | **Unknown** | **Mgmt Opinion** | **$241,754.71** |
| 21. | **Finished goods, including goods held for resale**<br>**See Attachment 3.** | **August, 2025** | **Unknown** | **Mgmt Opinion** | **$38,067.50** |

Debtor **Presentation Media, Inc.** Case number *(If known)*
Name

22. **Other inventory or supplies**

23. **Total of Part 5.** **$307,864.96**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value **0.00** Valuation method **Information to follow** Current Value **0.00**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**See Attachment 4.** | **$25,000.00** | **Mgmt Opinion** | **$4,175.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**See Attachment 4.** | **$72,500.00** | **Mgmt Opinion** | **$18,895.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.** **$23,070.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Presentation Media, Inc.** Case number *(If known)*
Name

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **See Attachment 5. Vehicles and Forklifts.** | **$109,000.00** | **Mgmt Opinion** | **$23,000.00** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Mimaki UJV55320** | **$0.00** | | **$0.00** |
| **Laser Metal Cutter with Industrial Air Compressor** | **$87,000.00** | **Mgmt Opinion** | **$15,000.00** |
| **See Attachment 6. Printing Machines.** | **$409,000.00** | **Mgmt Opinion** | **$65,500.00** |
| **VIDAR Scanner GP67D SN: GP67D610** | **$5,000.00** | **Mgmt Opinion** | **$1,000.00** |
| **See Attachment 6. Sewing machines.** | **$61,500.00** | **Mgmt Opinion** | **$3,750.00** |
| **See Attachment 6. Laminator / Heat Transfer.** | **$40,000.00** | **Mgmt Opinion** | **$7,500.00** |
| **See Attachment 6. Finishers.** | **$252,000.00** | **Mgmt Opinion** | **$34,750.00** |
| **See Attachment 6. Machinery & Equipment.** | **$10,000.00** | **Mgmt Opinion** | **$4,575.00** |
| **3D Printing Systems Project 660PRO SN: 66010351 (2015)** | **$90,000.00** | **Mgmt Opinion** | **$5,000.00** |

51. **Total of Part 8.** **$160,075.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Debtor **Presentation Media, Inc.** Case number *(If known)*
Name

■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **409 E Euclid Ave Compton, CA 90222 (Storage Warehouse)** | **Lease** | **$0.00** | | **$0.00** |
| 55.2. **1910-1920 W 144th St Gardena, CA 90249 (Office & Factory) (No formal recent appraisal done by Debtor)** | **Fee simple** | **$4,585,371.69** | **Mgmt Opinion** | **$5,200,000.00** |

56. **Total of Part 9.** **$5,200,000.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **https://www.presentationmedia.com/** | **$0.00** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |

Debtor **Presentation Media, Inc.** Case number *(If known)*
Name

63. **Customer lists, mailing lists, or other compilations**

| | | | |
|---|---|---|---|
| **Debtor maintains a database with client contact information.** | **$0.00** | | **$0.00** |

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.** **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☐ No

■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.

☐ Yes Fill in the information below.

Debtor **Presentation Media, Inc.** Case number *(If known)*
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $52,274.35 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $17,078.80 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $230,489.78 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $307,864.96 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $23,070.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $160,075.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*.......> | | $5,200,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $790,852.89 | + 91b. $5,200,000.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,990,852.89 |

**Presentation Media, Inc.** **Summary Page**
**Schedule A/B Attachment** **Attachments 1-6**

**Total Value listed in Attachments 1-6:**
**Total Value: $209,080.25**

Attachment 1: Raw Materials (Schedule A/B Part 5 #19)
Total Cost: N/A
Total Value: $28,042.75

Attachment 2: Work in Progress (Schedule A/B Part 5 #20)
Total Cost: N/A
Total Value: $241,754.71

Attachment 3: Rental Inventory (Schedule A/B Part 5 #Part 21)
Total Cost: N/A
Total Value: $38,067.50

Attachment 4: Office Furniture & Equipment (Schedule A/B Part 7 #39, #41)
Total Cost: $97,500.00
Total Value: $18,895.00

Attachment 5: Vehicles (Schedule A/B Part 8 #47)
Total Cost: $109,000.00
Total Value: $23,000.00

Attachment 6: Machinery & Equipment (Schedule A/B Part 8 #50)
Total Cost: $685,500.00
Total Value: $101,075.00

**Presentation Media, Inc.**
**Schedule AB Attachment 1**

**Raw Materials**
**(Summary)**

| ITEM (By Category) | (Liquidation) VALUE |
|---|---|
| BOARDS | $1,296.89 |
| ROLL PRINTS | $1,915.59 |
| LAMINATE | $1,138.59 |
| FINSIHING | $404.40 |
| INKS | $427.50 |
| REX FRAMES | $1,877.67 |
| CAST LETTERS | $1,052.99 |
| METAL FRAMES | $7,691.64 |
| PACKAGING | $1,293.17 |
| HI PERFORMANCE VINYL | $1,718.03 |
| MATTE BOARDS | $72.63 |
| MUSTANG | $3,917.06 |
| OC ACRYLICS | $308.26 |
| OC CAM LOCKS | $434.46 |
| OC ELECTRICAL | $35.05 |
| OC DOOR DRAWER | $134.78 |
| OC GLUE ADHESIVES | $393.63 |
| OC LAMINATES | $1,619.79 |
| OC LIGHTING | $871.46 |
| OC WOODS | $267.23 |
| OC PAINT SUPPLIES | $132.89 |
| OC HARDWARE | $1,039.04 |
| Totals: | $28,042.75 |

**Presentation Media, Inc.**
**Schedule A/B Attachment 2**

**Work In Progress**

| Order # | Station | Client ID | Description | Value |
|---|---|---|---|---|
| 100729 | GRAPHICS | 0011 | Popup Step and Repeat | $962.80 |
| 100728 | FABRICATION | 0028 | VFF 30x30 at PMA - Anaheim - Oct 16-18 2025 | $5,657.69 |
| 100727 | GRAPHICS | 0011 | Hollywood Bowl wood-grain vinyl replacement | $1,697.91 |
| 100724 | FABRICATION | 0014 | FabTech fabric - SEGO | $3,293.06 |
| 100723 | To Be Shipped | 0004 | Palmdale Beautification - Lobby wall and American flag display - ship to/jobsite Northrop Grumman | $12,313.55 |
| 100720 | FABRICATION | 0007 | Archive Room Renovation Products | $29,460.56 |
| 100718 | GRAPHICS | 0024 | Argon Stickers - Michael Feigerle | $555.90 |
| 100717 | GRAPHICS | 0024 | 01408360-001 Rev A Dragon Stencil Logo - | $943.39 |
| 100716 | FABRICATION | 0006 | Veeco 10x20 CUSTOM RENTAL @ SemiCon - Phoenix - Oct 7-9, 2025 | $7,433.29 |
| 100715 | GRAPHICS | 0010 | Goldstone image for the directors office - | $0.00 |
| 100714 | Outside Vendor | 0021 | Raytheon Tech - Mechanical & Electrical Maintenance - PM Stickers - Jamie Edmiston | $0.00 |
| 100713 | GRAPHICS | 0016 | JB wedding photo | $0.00 |
| 100712 | GRAPHICS | 0019 | Ice Box Signage | $3,374.45 |
| 100709 | FABRICATION | 0026 | Osteogenics 20x40 Rental @ 2025 AAP - Toronto - Oct 15-18, 2025 | $10,251.58 |
| 100706 | To Be Shipped | 0004 | R11 non-glare graphics | $6,220.00 |
| 100704 | GRAPHICS | 0010 | SIGNAGE - For Building 183-6th Floor - Darlene Padgett | $0.00 |
| 100700 | To Be Shipped | 0004 | Maps | $1,418.92 |
| 100699 | FABRICATION | 0025 | HQ Displays | $0.00 |
| 100688 | GRAPHICS | 0024 | (30 ) KITS S1 LOX MASKING STENCIL PART#: 01173565-001 (Rev 01). POSITIVE only - Matt Dale Line Item #1 | $5,538.41 |
| 100687 | FABRICATION | 0006 | Bionote 10x20 PURCHASE @ - IVECCS - San Diego - Sep 4-8, 2025 | $0.00 |
| 100677 | GRAPHICS | 0015 | State Championship Trophies | $0.00 |
| 100663 | FABRICATION | 0014 | Fabtech 2025 booth # A3362 / Pull & Prep + new Table top display | $0.00 |
| 100661 | To Be Shipped | 0009 | Pull and prep for CEDIA Expo 2025 | $0.00 |
| 100654 | FABRICATION | 0006 | Cytovale 20x20 rental @ ACEP v5 - Salt Lake City - Sep | $0.00 |
| 100653 | To Be Shipped | 0006 | VELOCITOR SOLUTIONS 20x20 Custom Rental @ PWX - Chicago - Aug 17-20, 2025 | $0.00 |
| 100652 | FABRICATION | 0024 | 750 Single Sided Cubicle Nameplate Holder - Rojelio Vega | $5,366.42 |
| 100650 | To Be Shipped | 0002 | 20x30 booth @ Aquatech Mexico - Mexico City - September 2-4, 2025 | $0.00 |
| 100642 | GRAPHICS | 0017 | Palmdale Area Designs | $2,380.00 |
| 100638 | FABRICATION | 0006 | Savvy 20x30 CUSTOM RENTAL @ Money 20/20 - Las Vegas - October 26-29, 2025 | $22,233.49 |
| 100609 | FABRICATION | 0027 | Santa's Bungalow Upgrades | $0.00 |
| 100578 | FABRICATION | 0006 | Offshoot 10x30 v5 Custom Rental @ IFPA - Anaheim - Oct 17-18, 2025 | $14,578.55 |

**Presentation Media, Inc.**
**Schedule A/B Attachment 2**

## Work In Progress

| Order # | Station | Client ID | Description | Value |
|---|---|---|---|---|
| 100568 | FABRICATION | 0006 | AP&T 15x30 Custom Rental @ Fabtech - Chicago - September 8-11 | $0.00 |
| 100556 | Pending | 0011 | SAMSUNG Vinyl Graphics | $10,285.32 |
| 100555 | GRAPHICS | 0003 | Cheetah Displays - Qu 160 | $4,475.40 |
| 100550 | GRAPHICS | 0018 | 8730 Sunset Building Wrap - LA-WS-122 - Kering [Bottega Veneta] | $18,917.50 |
| 100549 | GRAPHICS | 0018 | 8730 Sunset Building Wrap - LA-WS-122 - Kering [Bottega Veneta] | $18,917.50 |
| 100531 | FABRICATION | 0001 | LMAX Group 8x10 @ Tradetech FX USA - Miami - Feb 2026 | $17,928.76 |
| 100524 | GRAPHICS | 0005 | Cygnet Bar Carts - Buyout frames | $3,854.61 |
| 100484 | FABRICATION | 0008 | East Wing/Archive Room Remodel Design & Engineering | $0.00 |
| 100483 | Pending | 0017 | 901 Conf Rm - Dimensional Letters and Seal w/ New Facilities Logo | $2,558.20 |
| 100443 | Pending | 0022 | Goleta Vet Wall Option C | $6,570.61 |
| 100436 | GRAPHICS | 0012 | 3D Tradeshow Hands (STOCK) | $0.00 |
| 100430 | To Be Shipped | 0009 | HD Expo 2025 Labor | $2,911.00 |
| 100413 | GRAPHICS | 0020 | Carts Organization | $0.00 |
| 100301 | FABRICATION | 0006 | Bamboo Health 10x20 CUSTOM RENTAL @ HIMMS March 3-6 Las Vegas AND HTLH - October | $0.00 |
| 100297 | FABRICATION | 0006 | Camel Energy 10x20 2-SHOW RENTAL | $16,237.84 |
| 100167 | Pending | 0023 | Sign Holders, "Regional Transit" | $4,222.41 |
| 100138 | GRAPHICS | 0024 | 01177626-001 REV 01 - S1 PAINT STENCIL KIT - PRW - POSITIVE ONLY - LINE 12 - NATE ATTARZADEH | $270.92 |
| 100137 | GRAPHICS | 0024 | 01177626-001 REV 01 - S1 PAINT STENCIL KIT - PRW - POSITIVE ONLY - LINE 11 - NATE ATTARZADEH | $270.92 |
| 100126 | GRAPHICS | 0024 | 01182286-801 REV 01 AFT FUEL DOME MASKING, ENGINE TRUMPETS - PAINT STENCILS - LINE 10 - NATE ATTARZADEH | $653.75 |
| 100018 | Pending | 0027 | Eye Level Screen Static Advertising System (ELSSAS) | $0.00 |
| 22203 | GRAPHICS | 0020 | Artwork Test | $0.00 |
| 21672 | FABRICATION | 0013 | VAI Arizona Big Wall Art | $0.00 |
| | | | Total: | $241,754.71 |

**Presentation Media, Inc.** **Finished Goods -**

**Schedule A/B Attachment 3** **Rental Inventory (Summary)**

| | **(Liquidation) VALUE** |
|---|---|
| WALL PANELS | $7,522.50 |
| THUNDER | $3,875.00 |
| MATRIX | $3,665.00 |
| FURNITURE | $7,110.00 |
| A/V | $1,842.50 |
| FLOORING | $5,820.00 |
| APPLIANCES | $177.50 |
| PORTABLES | $8,055.00 |
| Totals: | $38,067.50 |

**Presentation Media, Inc.**
**Schedule A/B Attachment 4**

**Office Furniture and Equipment**

| NAME | MODEL | SERIAL | ORIGINAL COST | YEAR ACQUIRED | (Liquidation) VALUE |
|---|---|---|---|---|---|
| **Schedule A/B 39:** | | | | | |
| OFFICE FURNITURE | | | | | |
| 5 Cubicles | | | $10,000.00 | 2013 | $500.00 |
| Reception Desk | | | $2,500.00 | 2019 | $250.00 |
| Break Room Furniture | | | $5,000.00 | 2019 | $750.00 |
| Executive Office Furniture | | | $5,000.00 | 2019 | $1,000.00 |
| Accounting Office | | | $2,500.00 | 2006 | $750.00 |
| Lobby Table (Small) | | | TE | 2016 | $75.00 |
| Table (Large) | | | TE | 2016 | $250.00 |
| 6 Chairs | | | TE | 2016 | $150.00 |
| Desk | | | TE | 2016 | $250.00 |
| 2 Chairs | | | TE | 2016 | $100.00 |
| Cabinet | | | TE | 2016 | $100.00 |
| | | | | Total: | $4,175.00 |
| **Schedule A/B 41:** | | | | | |
| OFFICE EQUIPMENT | | | | | |
| CCTV Cameras | | | $20,000.00 | 2014 | $500.00 |
| 3 Servers | | | $35,000.00 | 2010 | $5,000.00 |
| Printers | | | | | $250.00 |
| Computers | | | | | $1,500.00 |
| Samsung System | | | $12,500.00 | 2016 | $750.00 |
| Samsung Phones | | | $5,000.00 | 2016 | $1,000.00 |
| Electric Stapler | | | TE | 2016 | $50.00 |
| Keurig Coffee Maker | | | TE | 2016 | $25.00 |
| Refrigerator | | | TE | 2016 | $150.00 |
| Shredder | | | TE | 2016 | $50.00 |
| Time Clock | | | TE | 2016 | $25.00 |
| Vacuum Cleaner | | | TE | 2016 | $15.00 |
| Horizontal Tub - A-SB48 Green | | | TE | 2016 | $100.00 |
| Portable Molded Case - A-PMC Large Orange | | | TE | 2016 | $100.00 |
| Portable Molded Case - A-PMC1 Green | | | TE | 2016 | $100.00 |

**Presentation Media, Inc.**
**Schedule A/B Attachment 4**

**Office Furniture and Equipment**

| NAME | MODEL | SERIAL | ORIGINAL COST | YEAR ACQUIRED | (Liquidation) VALUE |
|---|---|---|---|---|---|
| Expression Large Case - EC-LC Yellow / Black | | | TE | 2016 | $100.00 |
| Expression Small Case - EC-SC Yellow/Black | | | TE | 2016 | $100.00 |
| Dyes at Futura Extrusions | | | TE | 2016 | $500.00 |
| Dyes at Intex | | | TE | 2016 | $150.00 |
| | | | | Subtotal: | $10,465.00 |
| EQUIPMENT AND TOOLS: | | | | | |
| Safety Cage for Forklift | | | TE | 2016 | $250.00 |
| Dust Collector | | | TE | 2016 | $100.00 |
| 10" Table Saws w/ Table - Delta | | | TE | 2016 | $150.00 |
| 10" Table Saws w/ Table - Delta | | | TE | 2016 | $150.00 |
| Dust Collectors w/ Table Saws | | | TE | 2016 | $100.00 |
| Dust Collectors w/ Table Saws | | | TE | 2016 | $100.00 |
| Work Benches - 5x10 | | | TE | 2016 | $100.00 |
| Work Benches - 5x10 | | | TE | 2016 | $100.00 |
| Work Benches - 5x10 | | | TE | 2016 | $100.00 |
| Work Benches - 5x10 | | | TE | 2016 | $100.00 |
| Work Benches - 5x10 | | | TE | 2016 | $100.00 |
| Delta Belt Sander w/ Stand w/ Disc | | | TE | 2016 | $150.00 |
| Bench Grinder | | | TE | 2016 | $75.00 |
| Bench Grinder | | | TE | 2016 | $75.00 |
| Router w/ Table / Jig | | | TE | 2016 | $150.00 |
| Drill Presses - Floor Models | | | TE | 2016 | $100.00 |
| Delta Band Saw / Vertical Metal Work | | | TE | 2016 | $75.00 |
| Stapler - for Cardboard Boxing | | | TE | 2016 | $50.00 |

**Presentation Media, Inc.**
**Schedule A/B Attachment 4**

**Office Furniture and Equipment**

| NAME | MODEL | SERIAL | ORIGINAL COST | YEAR ACQUIRED | (Liquidation) VALUE |
|---|---|---|---|---|---|
| Portable Belt Sanders | | | TE | 2016 | $50.00 |
| Portable Belt Sanders | | | TE | 2016 | $50.00 |
| Portable Belt Sanders | | | TE | 2016 | $50.00 |
| Planner ( Hand) - RyoBi | | | TE | 2016 | $50.00 |
| Surface Planner - (Table) - Robolo | | | TE | 2016 | $50.00 |
| Air Compressor | | | TE | 2016 | $150.00 |
| Small Air Compressors - Portable | | | TE | 2016 | $150.00 |
| Small Air Compressors - Portable | | | TE | 2016 | $150.00 |
| Meter Saw w/ Table | | | TE | 2016 | $150.00 |
| Pallet Jacks | | | TE | 2016 | $75.00 |
| Pallet Jacks | | | TE | 2016 | $75.00 |
| Pallet Jacks | | | TE | 2016 | $75.00 |
| Metal Bar Rack - 10' w | | | TE | 2016 | $100.00 |
| Metal Cut-Off Saw w/ Bench | | | TE | 2016 | $75.00 |
| Vise Grip w/ Table | | | TE | 2016 | $25.00 |
| Weight Scale - Floor type | | | TE | 2016 | $200.00 |
| Banding Tools | | | TE | 2016 | $100.00 |
| 12 Pipe Clamps | | | TE | 2016 | $100.00 |
| 3 Shop Fans w/ Casters | | | TE | 2016 | $150.00 |
| 12 Shop Carts w/ Casters | | | TE | 2016 | $400.00 |
| Tensioner Tools - Shop | | | TE | 2016 | $50.00 |
| Ladders: | | | TE | 2016 | |
| 12' Rolling Ladder | | | TE | 2016 | $250.00 |
| 12' Fiberglass Red | | | TE | 2016 | $50.00 |
| 12' Fiberglass Red | | | TE | 2016 | $50.00 |
| 8' Blue, Yellow, A1 | | | TE | 2016 | $50.00 |
| 8' Blue, Yellow, A1 | | | TE | 2016 | $50.00 |
| 8' Blue, Yellow, A1 | | | TE | 2016 | $50.00 |
| 6' Aluminum | | | TE | 2016 | $50.00 |
| 4' Aluminum | | | TE | 2016 | $50.00 |

**Presentation Media, Inc.**
**Schedule A/B Attachment 4**

**Office Furniture and Equipment**

| NAME | MODEL | SERIAL | ORIGINAL COST | YEAR ACQUIRED | (Liquidation) VALUE |
|---|---|---|---|---|---|
| Blum Hinge Machine (Orange) | | | TE | 2016 | $100.00 |
| Radial Arm Saw w/ Bench (Wall) | | | TE | 2016 | $100.00 |
| Label Machine - Punch Dyes | | | TE | 2016 | $100.00 |
| Skillsaw Skil 7" | | | TE | 2016 | $50.00 |
| Jigsaw - Bosh | | | TE | 2016 | $50.00 |
| Jigsaw - Bosh | | | TE | 2016 | $50.00 |
| 6 Staple Guns: | | | TE | 2016 | $150.00 |
| 2 Nail Guns 16d guns | | | TE | 2016 | $50.00 |
| Angle Grinders - Dewalt - Portable | | | TE | 2016 | $50.00 |
| Angle Drill - Dewalt | | | TE | 2016 | $50.00 |
| Angle Drill - Dewalt | | | TE | 2016 | $50.00 |
| Hammer Drill - Bosch - Portable | | | TE | 2016 | $50.00 |
| Plate Joiner - Dewalt - Biscuit | | | TE | 2016 | $75.00 |
| 13mm Drill (Heavy Duty) - Mikita | | | TE | 2016 | $25.00 |
| Heat Seam Iron | | | TE | 2016 | $15.00 |
| 4" Jointer Rockwell / Delta | | | TE | 2016 | $10.00 |
| 4 Vacuums - Shop | | | TE | 2016 | $500.00 |
| 2 Screw Guns - Dewalt | | | TE | 2016 | $150.00 |
| 6 Air Hoses 25' | | | TE | 2016 | $50.00 |
| 5 Air Nozzles | | | TE | 2016 | $25.00 |
| 2 Air Sanders | | | TE | 2016 | $50.00 |
| 3 Belt Sanders | | | TE | 2016 | $75.00 |
| Uprights: | | | TE | 2016 | |
| 18 - 42 x 16' H | | | TE | 2016 | $100.00 |
| 9 - 42 x 14' H | | | TE | 2016 | $100.00 |
| 3 - 42 x 10' H | | | TE | 2016 | $100.00 |
| Beams: | | | TE | 2016 | |

**Presentation Media, Inc.**
**Schedule A/B Attachment 4** **Office Furniture and Equipment**

| NAME | MODEL | SERIAL | ORIGINAL COST | YEAR ACQUIRED | (Liquidation) VALUE |
|---|---|---|---|---|---|
| 77 - 108" | | | TE | 2016 | $100.00 |
| 12 - 120" | | | TE | 2016 | $100.00 |
| 12 - 144" | | | TE | 2016 | $100.00 |
| Wire Shelves | | | TE | 2016 | |
| 3 Cantilever Racks- Plywood (Shop) | | | TE | 2016 | $600.00 |
| 2 Cantilever Racks- Extrusion (Intex) | | | TE | 2016 | $400.00 |
| 3 Paint Cabinets - Fire Rated | | | TE | 2016 | $75.00 |
| Spray Gun | | | TE | 2016 | $10.00 |
| Spray Gun | | | TE | 2016 | $10.00 |
| Spray Gun | | | TE | 2016 | $10.00 |
| | | | | Subtotal: | $8,430.00 |
| | | | | Total: | $18,895.00 |

**Presentation Media, Inc.**

**Vehicles**

**Schedule A/B Attachment 5**

| NAME | MODEL | SERIAL | ORIGINAL COST | YEAR ACQUIRED | (Liquidation) VALUE |
|---|---|---|---|---|---|
| **Schedule A/B 47:** | | | | | |
| AUTO | | | | | |
| 2009 Chev Aveo | | KL1TD66E19B650259 | $9,500.00 | 2009 | $500.00 |
| 2011 Chev Express Cargo | | 1GCSGAFX8B1109415 | $30,000.00 | 2011 | $3,000.00 |
| 1999 Ford F-350 flatbed | | 1FDWF36F7XEC19567 | $3,500.00 | 2016 | $4,000.00 |
| 2000 Chev S-10 | | 1GCC514W6YK266151 | $5,000.00 | 2018 | $1,000.00 |
| 2015 Chev Suburban | | 1GNSCJKC3FR239485 | $56,000.00 | 2015 | $10,000.00 |
| Toyota Forklift - 5000# - Propane | | | $5,000.00 | 2016 | $1,500.00 |
| Nissan Forklift - 5000# - Propane | | | | | $1,500.00 |
| Clark 500 Forklift | | | | | $1,500.00 |
| | | | | Total: | $23,000.00 |

**Presentation Media, Inc.** **Machinery and Equipment**

**Schedule A/B Attachment 6**

| NAME | MODEL | SERIAL | ORIGINAL COST | YEAR ACQUIRED | (Liquidation) VALUE |
|---|---|---|---|---|---|
| **Schedule A/B 50:** | | | | | |
| PRINTING | | | | | |
| D-Gen Telios Grande | TJ-3333 | TCG51506C | $75,000.00 | 2018 | $15,000.00 |
| EPSON SC-9000 | STYLUS PRO | VM7E002365 | $6,500.00 | 2016 | $1,500.00 |
| EPSON SC-9900 | STYLUS PRO | KJFE001025 | $4,500.00 | 2018 | $1,500.00 |
| HP FB750 | CQ114A | SG0BN32003 | $110,000.00 | 2018 | $10,000.00 |
| HP FB700 | CQ115A | SG1C132001 | $55,000.00 | 2018 | $10,000.00 |
| MIMAKI | UJV55-320 | | $28,000.00 | 2022 | $12,000.00 |
| MIMAKI | UJV55-320 | W479E 354 | $110,000.00 | 2018 | $12,000.00 |
| ROLAND PRINTER | SG-540 | | $20,000.00 | 2017 | $3,500.00 |
| | | | | Subtotal: | $65,500.00 |
| SEWING | | | | | |
| CONSEW 1 | 339RB-2 | KJ603070 | $1,500.00 | 2010 | $250.00 |
| Miller Automatic Sewing | N208-DA321G5321Y1 | 37801127 | $60,000.00 | 2019 | $3,500.00 |
| | | | | Subtotal: | $3,750.00 |
| LAMINATOR/ HEAT TRANSFER | | | | | |
| KLIEVERIK | K-204714 | 515 | $30,000.00 | 2017 | $5,000.00 |
| GOX PRESS | ASTM-48 | MTA010USGO | $10,000.00 | 2014 | $1,500.00 |
| GBC PROTEC LAMINATOR | 9300958 | 1602020026 | AG | 2015 | $500.00 |
| AGL LAMINATOR | 64I | 1521 | AG | 2015 | $500.00 |
| | | | | Subtotal: | $7,500.00 |
| FINISHING | | | | | |
| CHALLEGE PAPER CUTTER | 20 | 2762 | AG | 2015 | $250.00 |
| ZUND CUTTER | L3000 | L0306287 | $125,000.00 | 2013 | $4,500.00 |
| CNC ROUTER - CNC Factory | | | $40,000.00 | 2022 | $15,000.00 |
| | | | | Subtotal: | $19,750.00 |
| MACHINE SHOP | | | | | |
| OLIVER WOODWORKING | 173-E | 56956 | CL | 2007 | $500.00 |

**Presentation Media, Inc.** **Machinery and Equipment**

**Schedule A/B Attachment 6**

| **NAME** | **MODEL** | **SERIAL** | **ORIGINAL COST** | **YEAR ACQUIRED** | **(Liquidation) VALUE** |
|---|---|---|---|---|---|
| ALTERNATING POLISHING | GPOA 103 | 15-4452 | CL | 2007 | $250.00 |
| BALDOR SINGLE PHASE CAT | L3504 | 974 | CL | 2007 | $500.00 |
| CRAFTSMAN DRILL PRESS 1 | 137-229250 | RHN41 | $1,250.00 | 2007 | $150.00 |
| SHOP FOX DRILL PRESS 2 | | 20533 | $1,000.00 | 2007 | $150.00 |
| POWERMATIC TABLE SAW | 66 | 566778 | CL | 2007 | $250.00 |
| TANNEWITZ PI-SAW BAND SAW | | 7953 | CL | 2007 | $750.00 |
| GE BELT SANDER | | 5KC47PCI28OZX | CL | 2007 | $500.00 |
| APEX CIRCULAR SANDER | 20-D | 5699 | CL | 2007 | $500.00 |
| CRAFTSMAN BAND SAW | | 103-0404 | CL | 2007 | $75.00 |
| BALDOR GRINDER BUFFER CAT | 33-8 | 566 | CL | 2007 | $250.00 |
| CASSESC UNDER PINNER | | CS89 | $4,000.00 | 2015 | $100.00 |
| RODGERS BELT SANDER | 31532 | 76 | CL | 2007 | $50.00 |
| HUSKY COMPRESSOR | C601H | 20110292143 | $1,500.00 | 2017 | $50.00 |
| MILWAKEE PANEL SAW 1 | | 51281 | $1,250.00 | 2015 | $150.00 |
| DEWALT MITTER SAW | DW703 | 398606 | $500.00 | 2018 | $50.00 |
| DEWALT MITTER SAW | DW716 | 52253 | $500.00 | 2018 | $50.00 |
| ECONLINE SAND BLASTER | 120PSI | 49417 | CL | 2007 | $200.00 |
| BERMINGHAN BENDER | N-U4816 | 1785 | CL | 2007 | $50.00 |
| | | | | Subtotal: | $4,575.00 |
| | | | | **Total:** | **$101,075.00** |

**Presentation Media, Inc.** **Footnotes**

**Schedule A/B Attachment** **Attachments 1-6**

**FOOTNOTES:**

"TE" refers to the company Tandem Exhibits

"AG" refers to the company Adage Graphics

"CL" refers to the company Classic Letters

"OC" refers to the former Orange County Warehouse- the items are no longer at this address.

Values are based on management's opinion of the items' liquidation value

**Fill in this information to identify the case:**

Debtor name **Presentation Media, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 All Exhibits Solutions Inc | $155,513.30 | $0.00 |
| 2.2 AmPac Business Capital - NCNP LLC | $1,543,443.32 | $5,200,000.00 |

**2.1 All Exhibits Solutions Inc**

Creditor's Name

**Attn: CEO, President, Officer**
**3726 E Miraloma Ave**
**Anaheim, CA 92806**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**02/24/2025**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**11th Position. Open invoices. Likely fully unsecured. Basis for entity filing UCC-1 unknown.**

**Describe the lien**

**UCC-1 U250181180019**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**$155,513.30** | **$0.00**

---

**2.2 AmPac Business Capital - NCNP LLC**

Creditor's Name

**Fdba Enterprise Funding Corp**
**Attn: CEO, President, Officer**
**3110-B Inland Empire Blvd.**
**Ontario, CA 91764**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**08/01/2024**

**Describe debtor's property that is subject to a lien**

**1910-1920 W 144th St Gardena, CA 90249 (Office & Factory). Senior position lienholder but subject to Subordination Agreement in favor of Harvest Commercial Capital.**

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**$1,543,443.32** | **$5,200,000.00**

Debtor **Presentation Media, Inc.** Case number (if known)
Name

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7000**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Harvest Commercial Capital**
**2. AmPac Business Capital - NCNP LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **Cali Flower Capital Inc**
Creditor's Name
**Attn: CEO, President, Officer**
**1 Princeton Ave.**
**Brick Township, NJ 08724**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**07/31/2024**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**8th Position. MCA Loan amount $150,000.**

**$0.00** **$0.00**

**Describe the lien**
**UCC-1 U240060289630**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

2.4 **CT Corporation System As Rep**
Creditor's Name
**Attn: SPRS**
**330 N Brand Blvd Ste 700**
**Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**August, 2024**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**10th Position. Unknown underlying lienholder.**

**$0.00** **$0.00**

**Describe the lien**
**UCC-1 U240066742022**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Presentation Media, Inc.** Case number (if known)
Name

**2.5 Employment Development Dept.**
Creditor's Name

**Bankruptcy Group MIC92E**
**PO Box 826880**
**Sacramento, CA 89103-9061**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**06/30/2022**

**Last 4 digits of account number**
**3904**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**4th Position. State Payroll Tax. U240040252930. U240081583730. U250126642830.**

**Describe the lien**
**State Tax Liens**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$184,192.14** **$0.00**

---

**2.6 Everest Business Funding**
Creditor's Name

**Attn: CEO, President, Officer**
**102 W 38th Street Flr 6**
**New York, NY 10018**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**August, 2024**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**9th Position. MCA Loan amount $73,260.**

**Describe the lien**
**UCC-1 U240063375929**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$73,260.00** **$0.00**

---

**2.7 Harvest Commercial Capital**
Creditor's Name

**Attn: CEO, President, Officer**
**24422 Avenida De La Carlota Ste 232**
**Laguna Hills, CA 92653**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**1910-1920 W 144th St Gardena, CA 90249 (Office & Factory). 1st Position lienholder due to Subordination Agreement.**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No

**$3,282,857.78** **$5,200,000.00**

Debtor **Presentation Media, Inc.** Case number (if known)
Name

Creditor's email address, if known

**Date debt was incurred**
**January, 2024**
**Last 4 digits of account number**
**0987**
**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.8 **Litefund Solutions**
Creditor's Name
**Attn: CEO, President, Officer**
**2363 Lakewood Rd**
**Toms River, NJ 08755**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**7th Position. MCA Loan amount $69,484.58.**

**$0.00** **$0.00**

**Describe the lien**
**UCC-1 U240060003312**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/31/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

2.9 **US Small Business Administration**
Creditor's Name
**Office of General Counsel**
**312 N Spring St 5th Flr**
**Los Angeles, CA 90012**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**3rd Position. EIDL for NC Nielson Properties, LLC.**

**$301,600.00** **$0.00**

**Describe the lien**
**UCC-1 20-7805339895**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**June, 2020**
**Last 4 digits of account number**
**8001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Presentation Media, Inc.** Case number (if known)
Name

**2.10 US Small Business Administration**
Creditor's Name
**Office of General Counsel**
**312 N Spring St 5th Flr**
**Los Angeles, CA 90012**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**May 2020**
**Last 4 digits of account number**
**7407**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2nd Position. EIDL for Presentation Media, Inc.**

**$1,962,801.98** **$594,626.74**

**Describe the lien**
**UCC-1 20-7780712408**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.11 US Small Business Administration**
Creditor's Name
**Office of General Counsel**
**312 N Spring St 5th Flr**
**Los Angeles, CA 90012**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**October, 2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1st position. All assets.**

**Unknown** **Unknown**

**Describe the lien**
**UCC-1 19-7741154372**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12 VelocitySBA LLC**
Creditor's Name
**Attn: CEO, President, Officer**
**1055 E Colorado Blvd Ste 215**
**Pasadena, CA 91106**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**5th Position. SBA Loan.**

**$3,141,879.35** **$0.00**

**Describe the lien**
**UCC-1 U240030986834**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Debtor **Presentation Media, Inc.** Case number (if known)
Name

**Date debt was incurred**
**11/04/2024**
**Last 4 digits of account number**
**9102**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.13 **WeFunder fdba Webfunder LLC**
Creditor's Name
**Attn: CEO, President, Officer**
**1885 Mission St**
**San Francisco, CA 94103**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**6th Position. MCA Loan amount $110,000.**

**$0.00** **$0.00**

**Describe the lien**
**UCC-1 U240056710114**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/31/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$10,645,547.87**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **All Exhibits Solutions Inc**<br>**c/o Bryson Megley & Paine**<br>**1820 East Ray Rd**<br>**Chandler, AZ 85225** | Line **2.1** | |
| **All Exhibits Solutions Inc.**<br>**Moore & Affiliates, Terry Moore**<br>**500 Westover Dr #17094**<br>**Sanford, NC 27330** | Line **2.1** | |

Debtor **Presentation Media, Inc.** Case number (if known)
Name

| | |
|---|---|
| **AmPac Business Capital - NCNP LLC**<br>**Fdba Enterprise Funding Corp**<br>**Attn: CEO, President, Officer**<br>**3110-B Inland Empire Blvd.**<br>**Ontario, CA 91764** | Line **2.11** |
| **Cali Flower Capital**<br>**1815 Lakewood Rd**<br>**Toms River, NJ 08755** | Line **2.3** |
| **Cali Flower Capital**<br>**c/o Greenfield Law**<br>**2 Executive Blvd Ste 305**<br>**Suffern, NY 10901** | Line **2.3** |
| **Cali Flower Capital**<br>**c/o Nomas Recovery**<br>**270 Avenida Munoz Rivera Ste 310**<br>**San Juan, PR 00913** | Line **2.3** |
| **Employment Development Dept.**<br>**PO Box 989061 West**<br>**Sacramento, CA 89103-9061** | Line **2.5** |
| **Harvest Commercial Capital**<br>**24422 Avenida De La Carlota Ste 400**<br>**Laguna Hills, CA 92653** | Line **2.7** |
| **Litefund Solutions**<br>**c/o David Fogel, Atty**<br>**1225 Franklin Ave Ste 201**<br>**Garden City, NY 11530** | Line **2.8** |
| **Webfunder LLC**<br>**c/o Joe Lieberman, Esq**<br>**5150 Tamiami Trail N, Ste 302**<br>**Naples, FL 34103** | Line **2.13** |

**Fill in this information to identify the case:**

Debtor name **Presentation Media, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** Priority creditor's name and mailing address

**California Dept of Tax & Fee Admin**
**Account Info Group MIC29**
**PO Box 942879**
**Sacramento, CA 94279-0029**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$60,504.13** Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim: **Sales taxes.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** Priority creditor's name and mailing address

**Franchise Tax Board**
**Bankruptcy, PIT MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$0.00** Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim: **For notification purposes.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor **Presentation Media, Inc.** Case number (if known)
Name

**2.3** Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$724,794.50** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Federal Payroll Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address
**LA County Treasurer & Tax**
**Attn: Bankruptcy Unit**
**PO Box 54110**
**Los Angeles, CA 90054-0110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$17,110.19** **$0.00**

Date or dates debt was incurred
**07/02/2025**

Basis for the claim:
**Property Tax**

Last 4 digits of account number **3002**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address
**LA County Treasurer & Tax**
**Attn: Bankruptcy Unit**
**PO Box 54110**
**Los Angeles, CA 90054-0110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$45,146.95** **$0.00**

Date or dates debt was incurred
**07/02/2025**

Basis for the claim:
**Property Tax**

Last 4 digits of account number **3003**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address
**LA County Treasurer & Tax**
**Attn: Bankruptcy Unit**
**PO Box 54110**
**Los Angeles, CA 90054-0110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,335.49** **$0.00**

Date or dates debt was incurred
**07/02/2025**

Basis for the claim:
**Business Personal Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor **Presentation Media, Inc.** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**AA Packing & Crating Inc.<br>10710 S. La Cienega Blvd.<br>Inglewood, CA 90304**<br>Date(s) debt was incurred **02/14/2025**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Supplier - crates.**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,295.00** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Aflac<br>PO BOX 7402<br>Pasadena, CA 91109-7402**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **CN17** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Supplemental Health Insurance**<br>Is the claim subject to offset? ■ No ☐ Yes | **$325.12** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**AM Graphics<br>18024 S. Crenshaw Blvd.<br>Torrance, CA 90504**<br>Date(s) debt was incurred **07/19/2024**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Subcontractor for lithographic printing**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,102.00** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**American Express<br>Attn: CEO, President, Officer<br>200 Vesey St<br>New York, NY 10285-3106**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **5003** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Credit card - Plum.**<br>Is the claim subject to offset? ■ No ☐ Yes | **$20,907.82** |
| 3.5 | Nonpriority creditor's name and mailing address<br>**American Express<br>Attn: CEO, President, Officer<br>200 Vesey St<br>New York, NY 10285-3106**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **1002** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Credit card - SimplyCash Plus.**<br>Is the claim subject to offset? ■ No ☐ Yes | **$27,589.43** |
| 3.6 | Nonpriority creditor's name and mailing address<br>**American Express<br>Attn: CEO, President, Officer<br>200 Vesey St<br>New York, NY 10285-3106**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **3002** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Credit card - Classic Blue Cash.**<br>Is the claim subject to offset? ■ No ☐ Yes | **$33,750.17** |
| 3.7 | Nonpriority creditor's name and mailing address<br>**American Express<br>Attn: CEO, President, Officer<br>200 Vesey St<br>New York, NY 10285-3106**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **4006** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Credit card - Delta SkyMiles Reserve.**<br>Is the claim subject to offset? ■ No ☐ Yes | **$23,203.41** |

Debtor **Presentation Media, Inc.** Case number (if known)
Name

**3.8** **Nonpriority creditor's name and mailing address**
**beMatrix USA**
**4476 Park Dr.**
**Norcross, GA 90093**
**Date(s) debt was incurred** 01/24/2025
**Last 4 digits of account number** 0770

**As of the petition filing date, the claim is:** *Check all that apply.* **$511.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier
Is the claim subject to offset? ■ No ☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**
**BTX Global Logistics**
**PO Box 853**
**Shelton, CT 06484**
**Date(s) debt was incurred** 02/27/2025
**Last 4 digits of account number** 1438

**As of the petition filing date, the claim is:** *Check all that apply.* **$31,606.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Shipping and transportation vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**
**C2C Resources LLC**
**3445 North Causeway Blvd. Ste 205**
**Metairie, LA 70002**
**Date(s) debt was incurred** 01/01/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,694.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Collections company
Is the claim subject to offset? ■ No ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
**CalComp Graphic Solutions LLC**
**6703 International Ave**
**Cypress, CA 90630**
**Date(s) debt was incurred** 06/01/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,787.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier
Is the claim subject to offset? ■ No ☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**
**Capisolve**
**500 S Australian Ave FS 600**
**West Palm Beach, FL 33401**
**Date(s) debt was incurred** 09/06/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** MCA Debt resolution company. Debtor believes they are paid off. Included as a precaution.
Is the claim subject to offset? ■ No ☐ Yes

**3.13** **Nonpriority creditor's name and mailing address**
**Cash Fund**
**110 16th Street Ste. 901**
**Denver, CO 80202**
**Date(s) debt was incurred** 07/31/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** MCA Loan. MCA Loan amount $150,000.
Is the claim subject to offset? ■ No ☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**
**City of Angels Fire Protection Inc.**
**3720 Whittier Blvd.**
**Los Angeles, CA 90023**
**Date(s) debt was incurred** 07/28/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$470.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Fire extinguisher service company
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Presentation Media, Inc.** Case number (if known)
Name

**3.15** **Nonpriority creditor's name and mailing address**
**Complete Office**
**PO Box 631935**
**Cincinnati, OH 45263-1935**
**Date(s) debt was incurred** **06/15/2024**
**Last 4 digits of account number** **4711**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,270.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Office supplies supplier**
Is the claim subject to offset? ■ No ☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**
**DMV Renewal**
**PO Box 942897**
**Sacramento, CA 94297-0897**
**Date(s) debt was incurred** **07/03/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$159.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Vehicle registration**
Is the claim subject to offset? ■ No ☐ Yes

**3.17** **Nonpriority creditor's name and mailing address**
**Dreamworks Carrier**
**4725 South Valley View Blvd.**
**Las Vegas, NV 89103**
**Date(s) debt was incurred** **09/11/2024**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Shipping and transportation company**
Is the claim subject to offset? ■ No ☐ Yes

**3.18** **Nonpriority creditor's name and mailing address**
**Epic Distribution**
**725 E. Debra Lane**
**Anaheim, CA 92805**
**Date(s) debt was incurred** **05/28/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,189.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Supplier of large format printing material**
Is the claim subject to offset? ■ No ☐ Yes

**3.19** **Nonpriority creditor's name and mailing address**
**Exhibit Structural Solutions**
**30262 Crown Valley Pkwy Ste B #163**
**Laguna Niguel, CA 92677**
**Date(s) debt was incurred** **02/01/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Subcontractor for engineering plans and stamps for large booths**
Is the claim subject to offset? ■ No ☐ Yes

**3.20** **Nonpriority creditor's name and mailing address**
**Global Imaging**
**2011 Cherry Street Ste 116**
**Louisville, CO 80027**
**Date(s) debt was incurred** **03/27/2025**
**Last 4 digits of account number** **1364**

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,822.46**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Supplier of sign supplies and aluminum frames for tradeshow booths**
Is the claim subject to offset? ■ No ☐ Yes

**3.21** **Nonpriority creditor's name and mailing address**
**Hi-Tech Lift Trucks**
**PO Box 4056**
**Cerritos, CA 90703**
**Date(s) debt was incurred** **09/22/2024**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,098.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Service provider for forklifts**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Presentation Media, Inc.** Case number (if known)
Name

**3.22** **Nonpriority creditor's name and mailing address**
**Imagine Displays**
**12020 Rivera Rd**
**Santa Fe Springs, CA 90670**
**Date(s) debt was incurred** 04/27/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,717.07**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier of aluminum frames for tradeshow booths
Is the claim subject to offset? ■ No ☐ Yes

**3.23** **Nonpriority creditor's name and mailing address**
**JFJ Transportation**
**3616 Highland Ave.**
**Manhattan Beach, CA 90266**
**Date(s) debt was incurred** 07/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,593.11**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Shipping and transportation company
Is the claim subject to offset? ■ No ☐ Yes

**3.24** **Nonpriority creditor's name and mailing address**
**Kairos Tooling**
**13000 Arctic Circle**
**Santa Fe Springs, CA 90670**
**Date(s) debt was incurred** 02/17/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$222.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier of saw blades on other small tools and supplies
Is the claim subject to offset? ■ No ☐ Yes

**3.25** **Nonpriority creditor's name and mailing address**
**Leaf Capital Funding LLC**
**Attn: CEO, President, Officer**
**2005 Market St 14th Flr**
**Philadelphia, PA 19103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Mimaki UJV55320. Paid off. UCC-1 still active.
Is the claim subject to offset? ■ No ☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**
**Leaf Capital Funding LLC**
**Attn: CEO, President, Officer**
**2005 Market St 14th Flr**
**Philadelphia, PA 19103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Laser Metal Cutter with Industrial Air Compressor. Paid off. UCC-1 still active.
Is the claim subject to offset? ■ No ☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
**Lin Muscatel LLC**
**PO Box 430**
**West Corvina, CA 91791-0305**
**Date(s) debt was incurred** 06/14/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$49,429.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Landlord of 409 E Euclid Ave Compton, CA 90222. Rent.
Is the claim subject to offset? ■ No ☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
**Loan Me**
**PO Box 465**
**Dublin, OH 43017**
**Date(s) debt was incurred** 07/16/2025
**Last 4 digits of account number** 7347

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Term Loan on Nathan Nielson's personal credit report used for business. Claim amount: $169,906.29
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Presentation Media, Inc.** Case number (if known)
Name

3.29 **Nonpriority creditor's name and mailing address**
**Magic Studios LLC dba Magic Books**
**6600 Westown Parkway Suite 255 West**
**Des Moines, IA 50266**
**Date(s) debt was incurred** 02/01/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21,873.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Bookkeeper and some marketing support
Is the claim subject to offset? ■ No ☐ Yes

3.30 **Nonpriority creditor's name and mailing address**
**Mayflower Transit, LLC**
**22262 Network Place**
**Chicago, IL 60673-1222**
**Date(s) debt was incurred** 02/08/2025
**Last 4 digits of account number** 0001

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,624.46**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Shipping and transportation company
Is the claim subject to offset? ■ No ☐ Yes

3.31 **Nonpriority creditor's name and mailing address**
**McMaster-Carr Supply Co**
**PO Box 7690**
**Chicago, IL 60680-7690**
**Date(s) debt was incurred** 02/26/2025
**Last 4 digits of account number** 4800

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,659.09**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier of hardware
Is the claim subject to offset? ■ No ☐ Yes

3.32 **Nonpriority creditor's name and mailing address**
**Media One USA**
**11752 Markon Drive**
**Garden Grove, CA 92841**
**Date(s) debt was incurred** 03/05/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,087.82**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier of Inks and fabrics that we print on
Is the claim subject to offset? ■ No ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
**Mirsky Corporate Advisors**
**901 Dove Street, Ste. 120,**
**Newport Beach, CA 92660**
**Date(s) debt was incurred** 05/01/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$544.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Attorney. Legal services provided
Is the claim subject to offset? ■ No ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
**Momentum Management**
**12390-B Arnold Mill Road**
**Alpharetta, GA 30004**
**Date(s) debt was incurred** 03/24/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$123,780.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Subcontractor for setup of tradeshow booths at various convention centers
Is the claim subject to offset? ■ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
**Montroy Supply Co**
**PO Box 93000**
**Long Beach, CA 90809**
**Date(s) debt was incurred** 01/07/2024
**Last 4 digits of account number** 7999

**As of the petition filing date, the claim is:** *Check all that apply.* **$23,107.43**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier of large format printing material and sign supplies
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Presentation Media, Inc.** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Muse Freight**<br>**8205 W 108th Terr. Suite 220**<br>**Overland Park, KS 66210**<br>**Date(s) debt was incurred** 05/29/2024<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Shipping and transportation company<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,835.00** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**N.Glantz & Son, LLC**<br>**PO Box 639481**<br>**Cincinnati, OH 45263-9481**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Supplier<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,279.67** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**National Messenger Service**<br>**210 W. Taft Ave.**<br>**Orange, CA 92865-4229**<br>**Date(s) debt was incurred** 05/30/2024<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Courier Service<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,544.25** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**National Wood Products Inc.**<br>**1 Lattitude Way**<br>**Corona, CA 92881**<br>**Date(s) debt was incurred** 03/02/2024<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Supplier of plywood and lumber<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,941.43** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**OnDeck Capital**<br>**Attn: CEO, President, Officer**<br>**1400 Broadway 25th Flr**<br>**New York, NY 10018**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Paid off. UCC-1 still active, U230034915930. OnDeck has informed the Debtor that it will file a UCC-3 termination statement.<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Panasonic Avionics Corporation**<br>**c/o Faier Law**<br>**PO Box 512**<br>**Boys Town, NE 68010**<br>**Date(s) debt was incurred** 08/15/2024<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Client owed due to overpayment.<br>Is the claim subject to offset? ■ No ☐ Yes | **$75,000.00** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Paramount Extrusions Company**<br>**6855 Rosecrans Ave**<br>**Paramount, CA 90723**<br>**Date(s) debt was incurred** 04/09/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Supplier - aluminum<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,903.52** |

Debtor **Presentation Media, Inc.** Case number (if known)
Name

**3.43** **Nonpriority creditor's name and mailing address**
**Penske Truck Leasing Co LP**
**PO Box 7429**
**Pasadena, CA 91109-7429**
**Date(s) debt was incurred** 03/01/2025
**Last 4 digits of account number** P8V5

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,671.46**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Box truck rental
Is the claim subject to offset? ■ No ☐ Yes

**3.44** **Nonpriority creditor's name and mailing address**
**PIBT**
**5800 S Eastern Ave Ste 400**
**Los Angeles, CA 90040**
**Date(s) debt was incurred** 08/11/2025
**Last 4 digits of account number** 5257

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,736.57**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Medical Insurance
Is the claim subject to offset? ■ No ☐ Yes

**3.45** **Nonpriority creditor's name and mailing address**
**Read and Company**
**PO Box 15264**
**Los Angeles, CA 90015**
**Date(s) debt was incurred** 06/14/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,952.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier
Is the claim subject to offset? ■ No ☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**
**Real Label Inc.**
**1234 W 135th**
**Gardena, CA 90247**
**Date(s) debt was incurred** 06/03/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,643.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Subcontractor - custom printed labels
Is the claim subject to offset? ■ No ☐ Yes

**3.47** **Nonpriority creditor's name and mailing address**
**Smart Janitorial**
**645 N Eckhoff St. Ste J**
**Orange, CA 91367**
**Date(s) debt was incurred** 12/01/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,722.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Janitorial Service
Is the claim subject to offset? ■ No ☐ Yes

**3.48** **Nonpriority creditor's name and mailing address**
**Southern California Edison**
**2244 Walnut Grove Ave**
**Rosemead, CA 91770**
**Date(s) debt was incurred** June, 2025
**Last 4 digits of account number** 6276

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,164.86**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility service provider
Is the claim subject to offset? ■ No ☐ Yes

**3.49** **Nonpriority creditor's name and mailing address**
**Spectrum Business / Charter**
**PO Box 223085**
**Pittsburgh, PA 15251-2085**
**Date(s) debt was incurred** 08/30/2025
**Last 4 digits of account number** 9201

**As of the petition filing date, the claim is:** *Check all that apply.* **$479.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Phone Service Provider
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Presentation Media, Inc.** Case number (if known)
Name

**3.50** **Nonpriority creditor's name and mailing address**
**Spectrum Business 4010**
**c/o Charter Communications**
**PO Box 60074**
**City of Industry, CA 91716-0074**
**Date(s) debt was incurred** 07/24/2025
**Last 4 digits of account number** 4010

**As of the petition filing date, the claim is:** *Check all that apply.* **$245.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Internet Service Provider
Is the claim subject to offset? ■ No ☐ Yes

**3.51** **Nonpriority creditor's name and mailing address**
**Square Funding Cali**
**90 E Halsey Rd,**
**Parsippany, NJ 07054**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** MCA Loan. MCA Loan amount 90,000.00.
Is the claim subject to offset? ■ No ☐ Yes

**3.52** **Nonpriority creditor's name and mailing address**
**The Bonas Family Trust**
**18742 Ambrose Lane**
**Huntington Beach, CA 92648**
**Date(s) debt was incurred** 04/01/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$85,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Former landord (Orange County facility)
Is the claim subject to offset? ■ No ☐ Yes

**3.53** **Nonpriority creditor's name and mailing address**
**Total Transportation Logistics**
**4325 Etiwanda Ave**
**Jurupa Valley, CA 91752**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 9998

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,174.67**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Shipping and transportation company
Is the claim subject to offset? ■ No ☐ Yes

**3.54** **Nonpriority creditor's name and mailing address**
**Uline**
**PO Box 88741**
**Chicago, IL 60680-1741**
**Date(s) debt was incurred** 06/30/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,186.57**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier
Is the claim subject to offset? ■ No ☐ Yes

**3.55** **Nonpriority creditor's name and mailing address**
**United Rentals Inc**
**PO Box 051122**
**Los Angeles, CA 90074-1122**
**Date(s) debt was incurred** 02/18/2025
**Last 4 digits of account number** 2619

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,864.85**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Rental Equipment
Is the claim subject to offset? ■ No ☐ Yes

**3.56** **Nonpriority creditor's name and mailing address**
**US COURIER LLC**
**PO Box 412904**
**Los Angeles, CA 90041**
**Date(s) debt was incurred** 05/01/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$242.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Courier Service
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Presentation Media, Inc.** Case number (if known)
Name

**3.57 Nonpriority creditor's name and mailing address**
**Waste Resources, Inc. (Gardena)**
**PO Box 2410**
**Gardena, CA 90247-0410**
**Date(s) debt was incurred** 05/31/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,864.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities - Trash service
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **BTX Global Logistics**<br>**c/o Euler Hermes Collections**<br>**100 International Dr Flr 22**<br>**Baltimore, MD 21202** | Line 3.9<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **CFS Cap, LLC**<br>**136 E South Temple St Ste 1400**<br>**Salt Lake City, UT 84111** | Line 3.13<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Epic Distribution**<br>**c/o The English Law Corp**<br>**17291 Irvine Blvd Ste 103**<br>**Tustin, CA 92780** | Line 3.18<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **LandK Legal**<br>**633 NE 167th St Ste 1218**<br>**Miami, FL 33162** | Line 3.13<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **LandK Legal**<br>**Attn: Elliot Setton**<br>**381 Sunrise Hwy Ste 302**<br>**Lynbrook, NY 11563** | Line 3.13<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Momentum Management**<br>**c/o The Leviton Law Firm**<br>**One Pierce Place Ste 725**<br>**Itasca, IL 60143** | Line 3.34<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Momentum Management**<br>**c/o Altus Receivables Mgmt**<br>**PO Box 186**<br>**Metairie, LA 70004** | Line 3.34<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Montroy Supply Co**<br>**c/o Law Offices of Gary A. Bemis**<br>**3870 La Sierra Ave Ste 239**<br>**Riverside, CA 92505** | Line 3.35<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Montroy Supply co**<br>**c/o Vericore Attn: Carrie Johnson**<br>**10115 Kincey Ave Ste 100**<br>**Huntersville, NC 28078** | Line 3.35<br>☐ Not listed. Explain ____ | _ |

Debtor **Presentation Media, Inc.** Case number (if known)
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **Read and Company**<br>**c/o Cadex Solutions**<br>**1 Huntington Quadrangle Ste 4N15**<br>**Melville, NY 11747** | Line **3.45**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Read and Company**<br>**c/o AG Adjustments Ltd**<br>**740 Walt Whitman Road**<br>**Melville, NY 11747** | Line **3.45**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Smart Janitorial**<br>**c/o Caine & Weiner**<br>**21210 Erwin St**<br>**Woodland Hills, CA 91367** | Line **3.47**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Total Transportation Logistics**<br>**c/o Weber & Associates**<br>**PO Box 19143**<br>**Newbury Park, CA 91319** | Line **3.53**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **United States Attorney's Office**<br>**Federal Building Room 7516**<br>**300 North Los Angeles St**<br>**Los Angeles, CA 90012** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **United States Department of Justice**<br>**Ben Franklin Station**<br>**PO Box 683**<br>**Washington, DC 20044** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **849,891.26** |
| **5b. Total claims from Part 2** | 5b. + | $ **708,872.94** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **1,558,764.20** |

**Fill in this information to identify the case:**

Debtor name **Presentation Media, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial Leasehold for 409 E. Euclid Ave Compton, CA 90222** | |
| State the term remaining | **September 30, 2025** | **Lin Muscatel LLC**<br>**PO Box 430**<br>**West Corvina, CA 91791-0305** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Debtor has between 40 and 50 different contracts for work to be performed over the usual course of business.** | |
| State the term remaining | | **Various Clients** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Presentation Media, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Cameron Wayman** | **1916 W. 144th St Gardena, CA 90249** | **AmPac Business Capital - NCNP LLC** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.2 | **Cameron Wayman** | **1916 W. 144th St Gardena, CA 90249** | **Cash Fund** | ☐ D<br>■ E/F **3.13**<br>☐ G |
| 2.3 | **Cameron Wayman** | **1916 W. 144th St Gardena, CA 90249** | **Harvest Commercial Capital** | ■ D **2.7**<br>☐ E/F<br>☐ G |
| 2.4 | **Cameron Wayman** | **1916 W. 144th St Gardena, CA 90249** | **US Small Business Administration** | ■ D **2.9**<br>☐ E/F<br>☐ G |
| 2.5 | **Cameron Wayman** | **1916 W. 144th St Gardena, CA 90249** | **US Small Business Administration** | ■ D **2.10**<br>☐ E/F<br>☐ G |

Debtor **Presentation Media, Inc.** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Cameron Wayman** | **1916 W. 144th St<br>Gardena, CA 90249** | **VelocitySBA LLC** | ■ D **2.12**<br>☐ E/F<br>☐ G |
| 2.7 | **Cameron Wayman** | **1916 W. 144th St<br>Gardena, CA 90249** | **WeFunder fdba Webfunder LLC** | ■ D **2.13**<br>☐ E/F<br>☐ G |
| 2.8 | **Nathan Nielson** | **1916 W. 144th St<br>Gardena, CA 90249** | **All Exhibits Solutions Inc** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.9 | **Nathan Nielson** | **1916 W. 144th St<br>Gardena, CA 90249** | **AmPac Business Capital - NCNP LLC** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.10 | **Nathan Nielson** | **1916 W. 144th St<br>Gardena, CA 90249** | **Cali Flower Capital Inc** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.11 | **Nathan Nielson** | **1916 W. 144th St<br>Gardena, CA 90249** | **Capisolve** | ☐ D<br>■ E/F **3.12**<br>☐ G |
| 2.12 | **Nathan Nielson** | **1916 W. 144th St<br>Gardena, CA 90249** | **Cash Fund** | ☐ D<br>■ E/F **3.13**<br>☐ G |
| 2.13 | **Nathan Nielson** | **1916 W. 144th St<br>Gardena, CA 90249** | **Everest Business Funding** | ■ D **2.6**<br>☐ E/F<br>☐ G |

Debtor **Presentation Media, Inc.** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Nathan Nielson** | **1916 W. 144th St<br>Gardena, CA 90249** | **Harvest Commercial Capital** | ■ D **2.7**<br>☐ E/F<br>☐ G |
| 2.15 | **Nathan Nielson** | **1916 W. 144th St<br>Gardena, CA 90249** | **Lin Muscatel LLC** | ☐ D<br>■ E/F **3.27**<br>☐ G |
| 2.16 | **Nathan Nielson** | **1916 W. 144th St<br>Gardena, CA 90249** | **Litefund Solutions** | ■ D **2.8**<br>☐ E/F<br>☐ G |
| 2.17 | **Nathan Nielson** | **1916 W. 144th St<br>Gardena, CA 90249** | **Loan Me** | ☐ D<br>■ E/F **3.28**<br>☐ G |
| 2.18 | **Nathan Nielson** | **1916 W. 144th St<br>Gardena, CA 90249** | **National Wood Products Inc.** | ☐ D<br>■ E/F **3.39**<br>☐ G |
| 2.19 | **Nathan Nielson** | **1916 W. 144th St<br>Gardena, CA 90249** | **OnDeck Capital** | ☐ D<br>■ E/F **3.40**<br>☐ G |
| 2.20 | **Nathan Nielson** | **1916 W. 144th St<br>Gardena, CA 90249** | **The Bonas Family Trust** | ☐ D<br>■ E/F **3.52**<br>☐ G |
| 2.21 | **Nathan Nielson** | **1916 W. 144th St<br>Gardena, CA 90249** | **US Small Business Administration** | ■ D **2.9**<br>☐ E/F<br>☐ G |

Debtor **Presentation Media, Inc.** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Nathan Nielson** | **1916 W. 144th St**<br>**Gardena, CA 90249** | **US Small Business Administration** | ■ D **2.10**<br>☐ E/F<br>☐ G |
| 2.23 | **Nathan Nielson** | **1916 W. 144th St**<br>**Gardena, CA 90249** | **VelocitySBA LLC** | ■ D **2.12**<br>☐ E/F<br>☐ G |
| 2.24 | **Nathan Nielson** | **1916 W. 144th St**<br>**Gardena, CA 90249** | **WeFunder fdba Webfunder LLC** | ■ D **2.13**<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Presentation Media, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>■ Other **P&L (through 08/22/2025)** | **$2,871,573.76** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>■ Other **2024 P&L** | **$5,589,968.84** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>■ Other **2023 P&L** | **$6,717,610.87** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Presentation Media, Inc.** Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **To Follow** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **To Follow** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Jantex Inks & Beyond, Inc. vs Presentation Media, Inc.<br>25IWSC00822** | **Collection** | **Superior Court of California<br>County of Los Angeles<br>Inglewood Courthouse<br>One Regent Street<br>Inglewood, CA 90301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **All Exhibit Solutions, Inc. vs Presentation Media, Inc.<br>Nathan Nelson, an Individual<br>25TRCV02718** | **Civil** | **Superior Court of California<br>County of Los Angeles<br>Inglewood Courthouse<br>One Regent Street<br>Inglewood, CA 90301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **The Bonas Family Trust vs. Presentation Media, Inc., Nathan Nielson, and Cameron D. Wayman**<br>**30-2025-01456058 CU BC CJC** | **Civil** | **Orange County Superior Court**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **National Wood Products, Inc. vs. Presentation Media, Inc.**<br>**25IWBC00887** | **Civil** | **Superior Court of California**<br>**County of Los Angeles**<br>**Inglewood Courthouse**<br>**One Regent Street**<br>**Inglewood, CA 90301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Presentation Media, Inc.** Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Fox Law Corporation, Inc.**<br>**17835 Ventura Blvd Ste 306**<br>**Encino, CA 91316** | **$70,000 for the retainer; sum includes the court filing fee of $1,738.00.** | | **$70,000.00** |

**Email or website address**
**srfox@foxlaw.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Employment Development Dept.**<br>**Bankruptcy Group MIC92E**<br>**PO Box 826880**<br>**Sacramento, CA 89103-9061** | **Levy Debtor's bank account with US Metro Bank -0435 for $116,841.92** | **08/21/2025** | **$0.00** |

**Relationship to debtor**
**N/A**

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **Former Manufacturing Facility**<br>**1846 W Sequoia Ave**<br>**Orange, CA 92868** | **2016-2024** |

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Debtor maintains a database with email and physical addresses and phone numbers.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Nathan Nielson**<br>**1916 W. 144th St**<br>**Gardena, CA 90249** | **1916 W 144th St**<br>**Gardena, CA 90249** | **N. Nielson stores some personal work items at the Gardena Office.** | **Unknown** |
| **Employees**<br>**1916 W. 144th St**<br>**Gardena, CA 90249** | **1916 W. 144th St**<br>**Gardena, CA 90249** | **The Debtor's employees use some personal tools at work-not in the Debtor's name.** | **Unknown** |
| **Clients** | **409 E Euclid Ave**<br>**Compton, CA 90222** | **Multiple clients of the Debtor keep manufactured products in the Debtor's warehouse.** | **Unknown** |

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Presentation Media, Inc.** Case number *(if known)*

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **The Anderson Company CPA<br>23001 Hawthorne Blvd Ste 202<br>Torrance, CA 90505** | **unknown through 2024** |
| 26a.2. | **Sam Lee<br>1801 Town and Country Dr Unit 6313<br>Norco, CA 92860** | **2025 - Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Nathan Nielson<br>1916 W. 144th St<br>Gardena, CA 90249** | **2003 - Current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Nathan Nielson<br>1916 W. 144th St<br>Gardena, CA 90249** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **See attached list** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Nathan Nielson** | **Monthly** | **Varies** |

**Name and address of the person who has possession of inventory records**

**Presentation Media, Inc.**
**1916 W. 144th St**
**Gardena, CA 90249**

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nathan Nielson** | **1916 W. 144th St**<br>**Gardena, CA 90249** | **President, CEO** | **50%** |
| **Cameron Wayman** | **1916 W. 144th St**<br>**Gardena, CA 90249** | **Shareholder** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **To Follow** | | | |

**Relationship to debtor**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Presentation Media, Inc.** Case number *(if known)* ______

**Name of the pension fund** **Employer Identification number of the pension fund**

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 2, 2025**

PRESIDENT **Nathan Nielson**
Signature of individual signing on behalf of the debtor Printed name

Position or relationship to debtor **President, CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Presentation Media, Inc.** **26.D - Attachment**
**Statement of Financial Affairs**

| Name | Address | City, State Zip |
|---|---|---|
| Ampac | 3110-B Inland Empire Blvd. | Ontario, CA 91764 |
| AR Capital Group | 4000 Hollywood Blvd ste 164-N | Hollywood, FL 33021 |
| Bank Five Nine | 155 W Wisconsin Ave | Oconomowoc, WI 53066 |
| Bluestone Commercial Cap | 41 Grove St | Haddonfield, NJ 080334 |
| Bottom Line CFOs | 24751 Sussex St. | Oak Park, MI 48237 |
| Bridge Capital | 3055 Brandon Rd. | Beachwood, OH 44122 |
| Business Debt Law Group | 1318 SE 1st Ave | Fort Lauderdale, FL 33316 |
| Capisolve | 500 S Australian Ave. FS 600 | West Palm Beach, FL 33401 |
| Capital Gurus | 1700 S Pavilion Center Dr Ste #420 | Las Vegas, NV 89135 |
| Cashfund | 1600 Stout St # 250 | Denver, CO 80202 |
| Celtic Bank | 268 State St #300 | Salt Lake City, UT 84111 |
| Coastal Debt Relief | 6700 N Andrews Ave ste 500 | Fort Lauderdale, FL 33309 |
| Eastern Financial Partners | 125 Half Mile Rd Ste 200 | Red Bank, NJ 07701 |
| Enterprise Funding | 37023 Cook St Ste 102 | Palm Desert, CA 92211 |
| Everest | 12496 NW 25th St | Miami, Florida 33182 |
| Fidelity Bank | 9 Leominster Connector | Leominster, MA 01453 |
| Fox Business Funding | 803 S 21st Ave, | Hollywood, FL 33020 |
| Fundex Solutions | 201 Solar Street | Syracuse, NY 13204 |
| G Bank | 9115 West Russell Road Ste 110 | Las Vegas, NV 89148 |
| Group ISO (CC Processor) | 20062 SW Birch St STE 300 | Newport Beach, CA 92660 |
| Harvest | 24422 Avenida De La Carlota Ste 400 | Laguna Hills, CA 92653 |
| HB Capital | 4660 Trindle Rd. Ste 301 | Camp Hill, PA 17011 |
| Keith Schubmehl | 10 Woodside Lane | Pittsford, NY 14534 |
| LandK Legal | 633 NE 167th Street, Ste 1218 | North Miami Beach, FL 33162 |
| Lending Lake | 2726 Mission Rancheria Rd. | Lakeport, CA 95453 |
| Litefund | 99 Wall Street STE #2613 | New York, NY 10005 |
| Loeb Equipment | 222 S Prospect Ave 3rd Floor | Park Ridge, IL 60068 |
| Marc Mellman | 135 Pinelawn Rd Ste 250N | Melville, NY 11747 |
| Mirsky Corp Advisors | 901 Dove Street, Ste. 120 | Newport Beach, CA 92660 |
| Moshe Lapin | 295 Madison Ave 12th floor | New York, NY 10017 |
| National Funding | 4380 La Jolla Village Dr | San Diego, CA 92122 |
| Newtek | 1111 Brickell Avenue, Ste 135 | Miami, FL 33131 |
| Nomas Recovery | 270 Avenida Munoz Rivera Ste 310 | San Juan, PR 00913 |
| Norcal Partners | 28693 Old Town Front St. Ste 300 | Temecula CA 92590 |
| NY/NJ Tribeca Group | 40 Wall St 43rd floor | New York, NY 10005 |
| On Time Capital | 1155 Park Place | Brooklyn, NY 11213 |
| Pac Western Financial | 222 S Main Street 5th Floor | Salt Lake City, UT 84101 |
| Palmer Collective | 1253 E Imperial Hwy | Placentia, CA 92870 |
| Premium Merchant Funding | 55 Water St 50th floor | New York, NY 10041 |
| Priority Capital | 174 Green St | Melrose, MA 02176 |
| Radix Financial | 340 15th Ave E #311 | Seattle, WA 98112 |
| Restoration Funding | 3200 E Guasti Rd Ste 100 | Ontario, CA 91761 |
| RHM Law | 17609 Ventura Blvd Ste 314 | Encino, CA 91316 |
| US Small Business Admin | 312 N Spring St 5th Flr | Los Angeles, CA 90012 |
| Second Wind Consulting | 47 Pleasant St Ste 2-S | Northampton, MA 01060 |
| Signature Associates | 1 Towne Square | Southfield, MI 48076 |

**Presentation Media, Inc.** **26.D - Attachment**
**Statement of Financial Affairs**

| Name | Address | City, State Zip |
|---|---|---|
| Streamline Advance | 261 Madison Ave fl 9 | New York, NY 10016 |
| Sunrise Business Capital | 40 Wall St 28th Floor | New York, NY 10005 |
| US Metro Bank | 9866 Garden Grove Blvd. | Garden Grove, CA 92844 |
| Velocity SBA | 695 Town Center Dr, Ste 240 | Costa Mesa, CA 92626 |
| Wing Lake Solutions | 32300 Northwestern Hwy #215 | Farmington Hills, MI 48334 |
| Zenith Capital Solutions | 6360 NW 5TH Way Ste 200 | Fort Lauderdale, FL, 33309 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re Presentation Media, Inc. Debtor(s) Case No. ______ Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 68,262.00 |
| Prior to the filing of this statement I have received | $ | 68,262.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

[signature], PRESIDENT
Nathan Nielson, CEO & President
*Signature of Authorized Agent of Debtor*

09/02/2025
*Date*

[signature]
Steven R. Fox
*Signature of Attorney*
The Fox Law Corporation Inc.
17835 Ventura Blvd #306
Encino, CA 91316
818 774-3545 Fax: 818 774-3707
SRFox@foxlaw.com
*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address
**Steven R. Fox**
**17835 Ventura Blvd #306**
**Encino, CA 91316**
**818 774-3545 Fax: 818 774-3707**
California State Bar Number: **138808 CA**
**SRFox@foxlaw.com**

☑ *Attorney for: Presentation Media, Inc.*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
**Presentation Media, Inc.**
Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER: **11**

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **Nathan Nielson**, the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - [x] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2.a. [ ] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b. [x] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

09/02/2025
Date

By: [signature], PRESIDENT
Signature of Debtor, or agent of the Debtor

Name: NATHAN NIELSON
Printed name of Debtor, or agent of the Debtor

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
**Steven R. Fox**
**17835 Ventura Blvd #306**
**Encino, CA 91316**
**818 774-3545 Fax: 818 774-3707**
California State Bar Number: **138808 CA**
**SRFox@foxlaw.com**

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Presentation Media, Inc.**

Debtor(s).

CASE NO.:
CHAPTER: **11**

## VERIFICATION OF MASTER MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 12 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **September 2, 2025** ________ PRESIDENT
Signature of Debtor 1

Date: ________ ________
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **September 2, 2025** ________
Signature of Attorney for Debtor (if applicable)

Presentation Media, Inc.
1916 W. 144th St
Gardena, CA 90249

Steven R. Fox
The Fox Law Corporation Inc.
17835 Ventura Blvd #306
Encino, CA 91316

AA Packing & Crating Inc.
10710 S. La Cienega Blvd.
Inglewood, CA 90304

Aflac
PO BOX 7402
Pasadena, CA 91109-7402

All Exhibits Solutions Inc
Attn: CEO, President, Officer
3726 E Miraloma Ave
Anaheim, CA 92806

All Exhibits Solutions Inc
c/o Bryson Megley & Paine
1820 East Ray Rd
Chandler, AZ 85225

All Exhibits Solutions Inc.
Moore & Affiliates, Terry Moore
500 Westover Dr #17094
Sanford, NC 27330

AM Graphics
18024 S. Crenshaw Blvd.
Torrance, CA 90504

American Express
Attn: CEO, President, Officer
200 Vesey St
New York, NY 10285-3106

AmPac Business Capital - NCNP LLC
Fdba Enterprise Funding Corp
Attn: CEO, President, Officer
3110-B Inland Empire Blvd.
Ontario, CA 91764

beMatrix USA
4476 Park Dr.
Norcross, GA 90093

BTX Global Logistics
PO Box 853
Shelton, CT 06484

BTX Global Logistics
c/o Euler Hermes Collections
100 International Dr Flr 22
Baltimore, MD 21202

C2C Resources LLC
3445 North Causeway Blvd. Ste 205
Metairie, LA 70002

CalComp Graphic Solutions LLC
6703 International Ave
Cypress, CA 90630

Cali Flower Capital
1815 Lakewood Rd
Toms River, NJ 08755

Cali Flower Capital
c/o Nomas Recovery
270 Avenida Munoz Rivera Ste 310
San Juan, PR 00913

Cali Flower Capital
c/o Greenfield Law
2 Executive Blvd Ste 305
Suffern, NY 10901

Cali Flower Capital Inc
Attn: CEO, President, Officer
1 Princeton Ave.
Brick Township, NJ 08724

California Dept of Tax & Fee Admin
Account Info Group MIC29
PO Box 942879
Sacramento, CA 94279-0029

Cameron Wayman
1916 W. 144th St
Gardena, CA 90249

Capisolve
500 S Australian Ave FS 600
West Palm Beach, FL 33401

Cash Fund
110 16th Street Ste. 901
Denver, CO 80202

CFS Cap, LLC
136 E South Temple St Ste 1400
Salt Lake City, UT 84111

City of Angels Fire Protection Inc.
3720 Whittier Blvd.
Los Angeles, CA 90023

Complete Office
PO Box 631935
Cincinnati, OH 45263-1935

CT Corporation System As Rep
Attn: SPRS
330 N Brand Blvd Ste 700
Glendale, CA 91203

DMV Renewal
PO Box 942897
Sacramento, CA 94297-0897

Dreamworks Carrier
4725 South Valley View Blvd.
Las Vegas, NV 89103

Employment Development Dept.
Bankruptcy Group MIC92E
PO Box 826880
Sacramento, CA 89103-9061

Employment Development Dept.
PO Box 989061 West
Sacramento, CA 89103-9061

Epic Distribution
725 E. Debra Lane
Anaheim, CA 92805

Epic Distribution
c/o The English Law Corp
17291 Irvine Blvd Ste 103
Tustin, CA 92780

Everest Business Funding
Attn: CEO, President, Officer
102 W 38th Street Flr 6
New York, NY 10018

Exhibit Structural Solutions
30262 Crown Valley Pkwy Ste B #163
Laguna Niguel, CA 92677

Franchise Tax Board
Bankruptcy, PIT MS A340
PO Box 2952
Sacramento, CA 95812-2952

Global Imaging
2011 Cherry Street Ste 116
Louisville, CO 80027

Harvest Commercial Capital
Attn: CEO, President, Officer
24422 Avenida De La Carlota Ste 232
Laguna Hills, CA 92653

Harvest Commercial Capital
24422 Avenida De La Carlota Ste 400
Laguna Hills, CA 92653

Hi-Tech Lift Trucks
PO Box 4056
Cerritos, CA 90703

Imagine Displays
12020 Rivera Rd
Santa Fe Springs, CA 90670

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JFJ Transportation
3616 Highland Ave.
Manhattan Beach, CA 90266

Kairos Tooling
13000 Arctic Circle
Santa Fe Springs, CA 90670

LA County Treasurer & Tax
Attn: Bankruptcy Unit
PO Box 54110
Los Angeles, CA 90054-0110

LandK Legal
633 NE 167th St Ste 1218
Miami, FL 33162

LandK Legal
Attn: Elliot Setton
381 Sunrise Hwy Ste 302
Lynbrook, NY 11563

Leaf Capital Funding LLC
Attn: CEO, President, Officer
2005 Market St 14th Flr
Philadelphia, PA 19103

Lin Muscatel LLC
PO Box 430
West Corvina, CA 91791-0305

Litefund Solutions
Attn: CEO, President, Officer
2363 Lakewood Rd
Toms River, NJ 08755

Litefund Solutions
c/o David Fogel, Atty
1225 Franklin Ave Ste 201
Garden City, NY 11530

Loan Me
PO Box 465
Dublin, OH 43017

Magic Studios LLC dba Magic Books
6600 Westown Parkway Suite 255 West
Des Moines, IA 50266

Mayflower Transit, LLC
22262 Network Place
Chicago, IL 60673-1222

McMaster-Carr Supply Co
PO Box 7690
Chicago, IL 60680-7690

Media One USA
11752 Markon Drive
Garden Grove, CA 92841

Mirsky Corporate Advisors
901 Dove Street, Ste. 120,
Newport Beach, CA 92660

Momentum Management
12390-B Arnold Mill Road
Alpharetta, GA 30004

Momentum Management
c/o The Leviton Law Firm
One Pierce Place Ste 725
Itasca, IL 60143

Momentum Management
c/o Altus Receivables Mgmt
PO Box 186
Metairie, LA 70004

Montroy Supply Co
PO Box 93000
Long Beach, CA 90809

Montroy Supply Co
c/o Law Offices of Gary A. Bemis
3870 La Sierra Ave Ste 239
Riverside, CA 92505

Montroy Supply co
c/o Vericore Attn: Carrie Johnson
10115 Kincey Ave Ste 100
Huntersville, NC 28078

Muse Freight
8205 W 108th Terr. Suite 220
Overland Park, KS 66210

N.Glantz & Son, LLC
PO Box 639481
Cincinnati, OH 45263-9481

Nathan Nielson
1916 W. 144th St
Gardena, CA 90249

National Messenger Service
210 W. Taft Ave.
Orange, CA 92865-4229

National Wood Products Inc.
1 Lattitude Way
Corona, CA 92881

OnDeck Capital
Attn: CEO, President, Officer
1400 Broadway 25th Flr
New York, NY 10018

Panasonic Avionics Corporation
c/o Faier Law
PO Box 512
Boys Town, NE 68010

Paramount Extrusions Company
6855 Rosecrans Ave
Paramount, CA 90723

Penske Truck Leasing Co LP
PO Box 7429
Pasadena, CA 91109-7429

PIBT
5800 S Eastern Ave Ste 400
Los Angeles, CA 90040

Read and Company
PO Box 15264
Los Angeles, CA 90015

Read and Company
c/o Cadex Solutions
1 Huntington Quadrangle Ste 4N15
Melville, NY 11747

Read and Company
c/o AG Adjustments Ltd
740 Walt Whitman Road
Melville, NY 11747

Real Label Inc.
1234 W 135th
Gardena, CA 90247

Smart Janitorial
645 N Eckhoff St. Ste J
Orange, CA 91367

Smart Janitorial
c/o Caine & Weiner
21210 Erwin St
Woodland Hills, CA 91367

Southern California Edison
2244 Walnut Grove Ave
Rosemead, CA 91770

Spectrum Business / Charter
PO Box 223085
Pittsburgh, PA 15251-2085

Spectrum Business 4010
c/o Charter Communications
PO Box 60074
City of Industry, CA 91716-0074

Square Funding Cali
90 E Halsey Rd,
Parsippany, NJ 07054

The Bonas Family Trust
18742 Ambrose Lane
Huntington Beach, CA 92648

Total Transportation Logistics
4325 Etiwanda Ave
Jurupa Valley, CA 91752

Total Transportation Logistics
c/o Weber & Associates
PO Box 19143
Newbury Park, CA 91319

Uline
PO Box 88741
Chicago, IL 60680-1741

United Rentals Inc
PO Box 051122
Los Angeles, CA 90074-1122

United States Attorney's Office
Federal Building Room 7516
300 North Los Angeles St
Los Angeles, CA 90012

United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044

US COURIER LLC
PO Box 412904
Los Angeles, CA 90041

US Small Business Administration
Office of General Counsel
312 N Spring St 5th Flr
Los Angeles, CA 90012

VelocitySBA LLC
Attn: CEO, President, Officer
1055 E Colorado Blvd Ste 215
Pasadena, CA 91106

Waste Resources, Inc. (Gardena)
PO Box 2410
Gardena, CA 90247-0410

Webfunder LLC
c/o Joe Lieberman, Esq
5150 Tamiami Trail N, Ste 302
Naples, FL 34103

WeFunder fdba Webfunder LLC
Attn: CEO, President, Officer
1885 Mission St
San Francisco, CA 94103